UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ROBERT D. ADAMS & AILEEN S. ADAMS, </br></br>Plaintiffs, </br></br> v. </br></br> VILLAGE OF WESLEY CHAPEL, a North Carolina Municipal Corporation, & ALBERT W. BLACK, individually </br></br> Defendants. | CASE NO. 3:03 CV 411 </br></br> **ORDER** |

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, Plaintiffs Robert D. Adams and Aileen S. Adams are hereby granted leave to dismiss the following claims as stated in their Amended Complaint: (1) Claim One: Declaratory Judgment; and (2) Claim Nine: Rescission of Annexation. Said claims shall be dismissed with prejudice.

So ordered, this 30 day of August, 2005.



Honorable District Court Judge for the Western
District of North Carolina

DOCUMENT SCANNED

15559.01
LIB: RTP