IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:03CV411

| | |
|---|---|
| ROBERT D. ADAMS and AILEEN S. ADAMS,<br>    Plaintiffs<br><br>vs.<br><br>VILLAGE OF WESLEY CHAPEL and<br>ALBERT W. BLACK,<br>    Defendants. | <u>ORDER</u> |

**THIS MATTER IS BEFORE THE COURT** in preliminary response to the "Motion for Leave to File a Second Amendment to Complaint" ("Motion to Amend") (Document No. 76), filed July 11, 2005 by the Robert D. Adams and Aileen S. Adams (collectively, the "Adamses"); the "Brief in Support of Defendant Village of Wesley Chapel's Opposition to Plaintiff's Motion ..." (Document No. 82), filed July 28, 2005 by the Village of Wesley Chapel; and the "Reply Brief in Support of Plaintiffs ..." (Document No. 85), filed August 10, 2005 by the Adamses. A hearing on the Motion to Amend shall be held in front of the undersigned on **Tuesday, October 11, 2005**. The parties will be contacted by the Court with respect to the time of such hearing.

    **IT IS SO ORDERED**.

**Signed: September 9, 2005**

_____
David C. Keesler
United States Magistrate Judge